**Order entered November 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01164-CV

## DALLAS COUNTY HOSPITAL DISTRICT
## D/B/A PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant

### V.

### FRANCISCO SOSA, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02681-E**

## ORDER

Before the Court is the parties' November 6, 2019 agreed motion to extend the time to file appellee's brief and appellant's reply brief. We **GRANT** the motion. Appellee shall file his brief by November 26, 2019 and appellant shall file its reply brief by December 16, 2019.

/s/    ERIN A. NOWELL
        JUSTICE